IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| APCC Services, Inc. ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:10cv431 (JCC/TCB) |
| v. ) | |
| ) | |
| Andiamo Telecom, L.L.C. ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the September 1, 2010, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff APCC Services, Inc, and against the defendant Andiamo Telecom, L.L.C., in the amount of $118,661.75.

/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia
~~August 31, 2010~~
Sept 27, 2010